[No. 15446-3-II.   Division Two.   November 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN
J. HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 88-1-00360-2, Thomas L. Lodge, J., entered
August 13, 1991. *Affirmed* by unpublished per curiam opin-
ion.

[No. 14505-7-II.   Division Two.   November 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
C. KUFAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-03153-7, Karen G. Seinfeld, J., entered
November 14, 1990. *Reversed* by unpublished per curiam
opinion.

[No. 29323-1-I.   Division One.   November 9, 1992.]

JACOB HILDEBRANDT, *Appellant*, v. VIRGINIA MASON
RESEARCH CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-02604-3, Michael J. Fox, J., entered Sep-
tember 6, 1991. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Baker and Agid, JJ.

[No. 27007-9-I.   Division One.   November 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
ALLEN DRAPER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00293-1, Terrence A. Carroll, J., entered
September 4, 1990. *Affirmed* by unpublished per curiam
opinion.